**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**BRUNSWICK DIVISION**

ELGIN WALKER,

      Plaintiff,

      v.

WARDEN TOOLS; JOHN PAUL and MR. DELOACH,

      Defendants.

CIVIL ACTION NOS.:
     6:15-cv-27 & 6:15-cv-18

## O R D E R

After an independent and *de novo* review of the entire record, the undersigned concurs with the Magistrate Judge's Report and Recommendation, (doc. 11), to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court.

Plaintiff's Complaint, brought pursuant to 42 U.S.C. §1983, is **DISMISSED** based on his failure to state a claim upon which relief may be granted. Furthermore, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Court **DENIES** Plaintiff leave to appeal *in forma pauperis*. The Clerk of Court is hereby authorized and directed to **CLOSE** this case and to enter an appropriate judgment of dismissal.

**SO ORDERED**, this ___/____ day of January, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA