# United States District Court
## *Southern District of Georgia*

ELGIN WALKER,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

                   **V.**                  CASE NUMBER: CV615-027 & CV615-018

WARDEN TOOLS; JOHN PAUL and MR. DELOACH,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on January 11, 2016, the Report and Recommendation of this Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Plaintiff's complaint is DISMISSED and this civil action stands CLOSED.



January 11, 2016
_Date_

Scott L. Poff
_Clerk_

_(By) Deputy Clerk_